IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Logan, Robert C

Printed: 1/8/08

Case Number: 07 B 10641
Judge: Goldgar, A. Benjamin
Filed: 6/14/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: November 27, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Option One Mortgage Corp | Secured | 0.00 | 0.00 |
| 2. | Illinois Dept of Revenue | Secured | 0.00 | 0.00 |
| 3. | Option One Mortgage Corp | Secured | 9,122.00 | 0.00 |
| 4. | Capital One | Unsecured | 743.49 | 0.00 |
| 5. | Commonwealth Edison | Unsecured | 488.31 | 0.00 |
| 6. | Capital One | Unsecured | 644.39 | 0.00 |
| 7. | CBSJ Financial | Unsecured | 504.71 | 0.00 |
| 8. | Peoples Energy Corp | Unsecured | 953.86 | 0.00 |
| 9. | RoundUp Funding LLC | Unsecured | 166.71 | 0.00 |
| 10. | Cook County Treasurer | Priority |  | No Claim Filed |
| 11. | Direct Tv | Unsecured |  | No Claim Filed |
| 12. | Global Payments | Unsecured |  | No Claim Filed |
| 13. | South Shore Hospital | Unsecured |  | No Claim Filed |
| 14. | Santanna Energy Service | Unsecured |  | No Claim Filed |
| 15. | City Of Chicago | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 12,623.47 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | _____ |
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Logan, Robert C

Printed:  1/8/08

Case Number:  07 B 10641
Judge:  Goldgar, A. Benjamin
Filed:  6/14/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

